# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| BUILDERS MUTUAL INSURANCE COMPANY, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CHAMBERLAND CONSTRUCTION, INC., )<br>)<br>LAKE IVY, LLC, )<br>)<br>    and )<br>)<br>CHADWICK AND JESSICA SAWYER, )<br>)<br>    Defendants. )<br>_____ ) | Case No. 6:19-CV-00026 |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all Parties who have appeared in the above-captioned action, by their respective counsel, stipulate to the dismissal of said action <u>with prejudice</u>, with each party to bear its own costs.

**WE ASK FOR THIS:**

BUILDERS MUTUAL INSURANCE COMPANY

By: <u>/s/ Diane U. Montgomery, Esq.</u>
Robert Tayloe Ross (VSB #29614)
Diane U. Montgomery (VSB #31850)
Midkiff, Muncie & Ross, P.C.
300 Arboretum Place, Suite 420
Richmond, Virginia 23236
(804) 560-9600 (phone)
(804) 560-5997 (fax)
Email: rross@midkifflaw.com
Email: dmontgomery@midkifflaw.com
*Counsel for Builders Mutual Insurance Company*

**SEEN AND AGREED:**

LAKE IVY, LLC

By: /s/ F.E. "Tripp" Isenhour, III, Esq.
F.E. "Tripp" Isenhour, III, Esq. (VSB #76871)
Pavlina B. Dirom, Esq. (VSB #66573)
Caskie & Frost
Post Office Box 6320
2306 Atherhold Road
Lynchburg, Virginia 24505
(434) 846-2731 (phone)
(434) 846-0496 (fax)
Email: tisenhour@caskiefrost.com
Email: pdirom@caskiefrost.com
*Counsel for Lake Ivy, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 17th day of January 2020, a true and complete copy of the foregoing was filed using the Court's CM/ECF system, causing a true and accurate copy to be served on all counsel of record, and was sent by first-class mail, postage prepaid, to the following Defendants who did not make an appearance:

Chamberland Construction, Inc.
c/o Sam M. Patel, Esq., Registered Agent
5200 Fort Avenue
Lynchburg, Virginia 24502

Chadwick and Jessica Sawyer
23 Cardinal Lane
Daleville, Virginia 24083

/s/ Diane U. Montgomery, Esq. _
*Counsel for Builders Mutual Insurance Company*